No. 95–738. DEPARTMENT OF THE TREASURY, OFFICE OF THRIFT SUPERVISION v. RAPAPORT. C. A. D. C. Cir. Certiorari denied.

No. 95–742. FLEMING, PERSONAL REPRESENTATIVE OF THE ESTATE OF HOSKINSON, ET AL. v. CALIFORNIA ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95–749. KILCREASE v. GENERAL MOTORS CORP. C. A. 5th Cir. Certiorari denied.

No. 95–750. GUILLEN-GARCIA v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied.

No. 95–751. MARITRANS OPERATING PARTNERS, L. P., ET AL. v. M/V BALSA 37 ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–752. COMMON COUNCIL OF CHARLESTON, WEST VIRGINIA v. BERKLEY ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–755. IN RE BREEDLOVE. C. A. 4th Cir. Certiorari denied.

No. 95–758. MORETTI v. CITIBANK, N. A., BRANCH NO. 11, ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–760. ROMERO ET UX., INDIVIDUALLY, AND ROMERO, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ROMERO, DECEASED v. BOARD OF COUNTY COMMISSIONERS OF LAKE COUNTY, COLORADO, ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–761. ALABAMA v. COCHRAN. C. A. 11th Cir. Certiorari denied.

No. 95–763. CONSOLIDATED RAIL CORPORATION v. VANCE. Sup. Ct. Ohio. Certiorari denied.

No. 95–765. SANCHEZ, A MINOR, BY AND THROUGH HER NEXT FRIEND, PARENT, AND GUARDIAN, DEFERDINANDO, ET AL. v.